# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 14 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Cruz Armando Parra Corrales (2)<br><br>　　　　　　　　Defendant. | CASE NO. 16cr1057-WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　　an indictment has been filed in another case against the defendants and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　　the Court has dismissed the case for unnecessary delay; or

____　　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　　a jury has been waived, and the Court has found the defendant not guilty; or

____　　the jury has returned its verdict, finding the defendant not guilty;

**X**　　of the offense(s) as charged in the Information:
　　　18:855(c)and(d) - Conspiracy to Use a Border Tunnel

---

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:　12/14/16

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE WILLIAM Q. HAYES